**STATE of Missouri, Appellant,**

v.

**John D. POLHMANN, Respondent.**

No. 72446.

Missouri Court of Appeals,
Eastern District,
Writ Division Five.

July 8, 1997.

Charles S. Birmingham, Union, for appellant.

Frank K. Carlson, Carlson & Hellmann, Union, for respondent.

Before AHRENS, C.J., and CRAHAN and DOWD, JJ.

## ORDER

PER CURIAM.

The state filed this interlocutory appeal pursuant to Sec. 547.200.1(2), RSMo 1994, to review the action of the trial court in granting defendant's motion to suppress evidence. We affirm.

Our review of a motion to suppress is limited to a determination of whether the evidence is sufficient to support the trial court's order. *State v. Lanear,* 805 S.W.2d 713, 715 (Mo.App.1991). "If the trial court's ruling is plausible in light of the record viewed in its entirety this court may not reverse it even though convinced that had it been sitting as trier of fact, it would have weighed the evidence differently." *State v. Smith,* 926 S.W.2d 689, 692 (Mo.App.1996). Deference is given to the trial court's superior opportunity to assess the credibility of the witnesses and to weigh the evidence. *Id.*

We have carefully reviewed the evidence in this case and find that there was sufficient evidence to support the trial court's order. No jurisprudential purpose would be served by an extended written opinion. Rule 30.25(b).

The order of the trial court is affirmed.

**Margaret DENT, Employee/Appellant,**

v.

**THE BODY SHOP,
Employer/Respondent.**

No. 71632.

Missouri Court of Appeals,
Eastern District,
Division Six.

July 8, 1997.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

## ORDER

Claimant appeals the denial of her claim for workers' compensation benefits by the Labor and Industrial Relations Commission (Commission). We affirm.

The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).